JOYCE FRANKLIN SIMMONS, APPELLANT, V. HAROLD WALTER SIMMONS, APPELLEE.

324 N.W.2d 407

Filed September 24, 1982. No. 81-800.

Lenore A. Simon, for appellant.

Gordon R. Hauptman of Westergren, Hauptman & O'Brien, P.C., for appellee.

Heard before KRIVOSHA, C.J., BOSLAUGH, McCOWN, WHITE, HASTINGS, and CAPORALE, JJ.

WHITE, J.

The court, having reviewed this marriage dissolution case de novo as it is required to do, agrees with the result reached by the trial court. Therefore, the judgment of the trial court is in all respects affirmed.

AFFIRMED.

CLINTON, J., participating on briefs.